[No. 70126-6-I.   Division One.   March 24, 2014.]

DAVID MONK ET AL., *Appellants*, v. RICHARD PIERSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-26125-5, Lori Kay Smith, J., entered March 1, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Verellen, JJ.

[No. 70138-0-I.   Division One.   March 24, 2014.]

ESTERA GRADINARU, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-17504-7, Bruce E. Heller, J., entered March 1, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ. Now published at 181 Wn. App. 18.

[No. 70321-8-I.   Division One.   March 24, 2014.]

ANNE K. BLOCK ET AL., *Appellants*, v. THE CITY OF GOLD BAR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-02255-9, Thomas J. Wynne, J., entered August 10, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Lau, JJ.

[No. 70334-0-I.   Division One.   March 24, 2014.]

FRANK COLUCCIO CONSTRUCTION COMPANY, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-28500-4, Bruce E. Heller, J., entered April 16, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Verellen, JJ. Now published at 181 Wn. App. 25.